■ NICHOLS YACHT YARD, INC., et al., Appellants, v BOARD OF TRUSTEES OF THE VILLAGE OF MAMARONECK et al., Respondents.—Appeal by the petitioners from a judgment of the Supreme Court, Westchester County (Colabella, J.), entered March 31, 1988.

Ordered that judgment is affirmed, with costs, for reasons stated by Justice Colabella at the Supreme Court. Mangano, J. P., Brown, Kooper and Sullivan, JJ., concur.